## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN A. ANDREWS.

       Plaintiff,

v.                             **Case No. 4:19cv437-MW/MJF**

CHAPLAIN SPANOS,

       Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to proceed *in forma pauperis*, ECF No. 7, is **DENIED**. This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on November 19, 2019.**

                      **s/Mark E. Walker**
                      **Chief United States District Judge**